# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Erma Henderson

        Plaintiff               Civil 08-5975 (PAM/JSM)

v.

**ORDER OF DISMISSAL**

AstraZeneca Pharmaceuticals, LP
et al.

        Defendants

_____

The court having been advised that the above case has been resolved,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.


Dated: August   30  , 2010

                          *s/Paul A. Magnuson*
                          Paul A. Magnuson, Judge
                          United States District Court